**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Doughp, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Doughp** | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2404350** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1810 E. Sahara Ave., Ste. 346**<br>**Las Vegas, NV 89104** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **wwwdoughp.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Doughp, Inc.**                                                                 Case number (if known) _____
                 Name

7.  **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

————

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Doughp, Inc. | Case number (if known) | · |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Doughp Nevada LLC | | | Relationship | Subsidiary |
|---|---|---|---|---|---|
| District | District of Nevada | When | 2/21/24 | Case number, if known | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?

_____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency   _____
         Contact name        _____
         Phone               _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Doughp, Inc.**                                        Case number (*if known*)
          Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Doughp, Inc.**
          Name

Case number (if known) _____

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2024**
               MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Kelsey E. Moreira**
Printed name

Title    **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **February 21, 2024**
        MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**       Email address    **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF
## DOUGHP, INC., a Nevada Corporation

The undersigned, being the sole officer and director of DOUGHP, INC., a Nevada corporation (the "Company"), hereby approves the following resolutions as of February 21, 2024:

RESOLVED that in the judgment of the undersigned on behalf of the Company, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 11, subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that Kelsey E. Moreira (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the sole officer and director of the Company, by execution hereof, hereby approve this Written Consent as of the date above.

DOUGHP, INC.,
a Nevada corporation:

By: _____
Kelsey E. Moreira, Sole Officer and Director

Fill in this information to identify the case:

Debtor name    **Doughp, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2024**        X
                                            Signature of individual signing on behalf of debtor

                                            **Kelsey E. Moreira**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Doughp, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carter Revocable Living Trust** Attn: James & Maureen Carter, TTE P.O. Box 2349 Placerville, CA 95667 | | **Simple Agreement for Future Equity, and Note Purchase Agreement** | | | | $2,000,000.00 |
| **U.S. Small Business Administration SBA Disater Loan Service Center** 1545 Hawkins Blvd., Ste. 202 El Paso, TX 79925-2652 | | **Guaranty of SBA Loan #4766967808** (disputed due to lack of perfection of any security interest due to no filing of a financing statement) | Contingent Disputed | | | $1,822,000.00 |
| WeFunder, Inc. **Attn: Bankruptcy Dept/Managing Agent** 52 Homestead St. San Francisco, CA 94114 | | **Simple Agreement for Future Equity** | | | | $441,145.00 |
| Pantano Media & Marketing LLC **Attn: Bankruptcy Dept/Managing Agent** 34 Gettysburg Way Lincoln Park, NJ 07035 | | **Services** | | | | $61,500.00 |
| Bear Soft, LLC c/o Cort Wenzel, Manager 84 Pelican Ln. Redwood City, CA 94065 | | **Note Purchase Agreement** | | | | $50,000.00 |

Debtor  **Doughp, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Huang | | Note Purchase Agreement | | | | $40,000.00 |
| Wan Chi 165 Shipley St. San Francisco, CA 94107 | | Note Purchase Agreement | | | | $30,000.00 |
| Shopify Gift Card Holders Attn: Bankrutpcy Dept/Managing Agent 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | | Gift card liability outstanding | | | | Unknown |
| Prime Access Capital, LLC c/o Andrew Dean Hansen, Reg. Agent 233 Post St., 6th Floor San Francisco, CA 94108 | | Note Purchase Agreement | | | | $25,000.00 |
| Nina Chi | | Note Purchase Agreement | | | | $20,000.00 |
| Ada Chi 5304 Parkmor Rd., Apt. #3 Calabasas, CA 91302 | | Note Purchase Agreement | | | | $20,000.00 |
| Berry Global Inc. Attn: Thomas Salmon, President 101 Oakley St. Evansville, IN 47710 | | Services | | | | $13,743.49 |
| Avatar Natural Foods, Inc. Attn: Bankruptcy Dept/Managing Agent 1301 South Boulder Hwy. Henderson, NV 89015 | | | | | | $12,209.28 |
| Carl's Donuts Attn: Bankruptcy Dept/Managing Agent 3170 Sunset Rd. Ste. F Las Vegas, NV 89120 | | Services | | | | $11,935.04 |

Debtor **Doughp, Inc.**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gen3 Marketing Attn: Bankruptcy Dept/Managing Agent 960B Harvest Drive, Suite 210 Blue Bell, PA 19422** | | **Services** | | | | $10,515.76 |
| **The Key PR Attn: Bankruptcy Dept/Managing Agent 1939 Market St., #150 San Francisco, CA 94103** | | **Services** | | | | $8,000.00 |
| **Walmart, Inc. Walmart Services-Legal Department 702 S.W. 8th Street Bentonville, AR 72716-0185** | | **Potential claim of reimbursement of expired merchandise** | **Disputed** | | | $4,437.53 |
| **Shopify Sales Tax Attn: Bankruptcy Dept/Managing Agent 100 Shockoe Slip, 2nd Floor Richmond, VA 23219** | | **Potential sales tax liability outstanding** | | | | $2,297.21 |
| **Magistral Consulting Private Ltd. Attn: Bankruptcy Dep't/Managing Agent Covo - 981 Mission St. San Francisco, CA 94103** | | **Services** | | | | $1,010.00 |
| **State of Nevada Dept. of Taxation Attn: Bankruptcy Dept / Managing Aget 555 E. Washington Ave, Suite 1300 Las Vegas, NV 89101** | | **Sales tax** | | | | $642.91 |

**United States Bankruptcy Court**
**District of Nevada**

In re    **Doughp, Inc.**                                    Case No.
                                                             Chapter    **11**
                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 21, 2024**

**Kelsey E. Moreira/President**
Signer/Title

Doughp, Inc.
1810 E. Sahara Ave., Ste. 346
Las Vegas, NV 89104

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

1808 Investments, LLC
3225 Falcon Rd
Prosper, TX 75078

Aaron Cooper
345 Wakefield Dr E
Greenwood, IN 46142

Abigail Holmes
6333 E Mockingbird Ln
Dallas, TX 75214

Abraham S Massil
9830 57th Ave 17J
Corona, NY 11368

Ada Chi
5304 Parkmor Rd., Apt. #3
Calabasas, CA 91302

Adam Brown
370 East 76th Street, B1506
New York, NY 10021

Adam Caylor
3433 McNary Parkway #204
Lake Oswego, OR 97035

Ahmed Almatrooshi
shekh rashed st, villa 71, shekh rashed
Musherif, Ajman, United Arab Emirates

Aisha Collins
207 Rose Way
Red Oak, TX 75154

Alan Matthew
1678 Grand Ave
The Bronx, NY 10453

Alex Bayer
900 Camino Real, #202
Redondo Beach, CA 90277

Alex Sheats
107 Verlaine Pl NW
Atlanta, GA 30327

Alexander Nguyen
9611 Teal Ave.
Garden Grove, CA 92844

Allure Crump
12066 Spanish Oaks Ct.
Victorville, CA 92392

Amanda Lid
2417 S 11th Ave
North Riverside, IL 60546

Amber Brady
15815 NW Linder St
Portland, OR 97229

Amber Pendley
1935 McMahan Hollow Rd
Pleasant View, TN 37146

Amy Chalmers
61 Juniper Cv
Banner, KY 41603

Amy Gitnick
546 Alarid Street
Santa Fe, NM 87501

Amy Lundin
902 Mulligan
Watford City, ND 58854

Amy Smith
1659 Sullivan Trail
Tannersville, PA 18372

Andrew Campbell
7041 Rancho Mirage Ct
Citrus Heights, CA 95621

Andrew Mahaney
1885 Harbor Vista Dr apt 1e
Marquette, MI 49855

Andy Sessner
2234 Cady Road
Jacksonville, OR 97530

Angela White Smith
1121 S Laurel St
Pine Bluff, AR 71601

Angele Seiler
2833 Flagmaker Dr
Falls Church, VA 22042

Angus Mcbee
3030 Hester Ave apt 245
Dallas, TX 75205

Anthony Lavelle
391 Silver Rock Trl
Castle Rock, CO 80108

Anthony Mauceri
176 Fifty Acre Rd S
Smithtown, NY 11787

Archie Winthrop Jennings
4221 Rotherham Ct
Palm Harbor, FL 34685

Arpan Soparkar
380 22nd avenue
san francisco, CA 94121

Ashley DeOliveira
1200 Harbor Dr 5B
Oceanside, CA 92054

Ashlyn Bangert
3313 Spring Meadow Ln
Grand Prairie, TX 75052

Avatar Natural Foods, Inc.
Attn: Bankruptcy Dept/Managing Age
1301 South Boulder Highway
Henderson, NV 89015

Avatar Natural Foods, Inc.
Attn: Bankruptcy Dept/Managing Agent
1301 South Boulder Hwy.
Henderson, NV 89015

Bader Zohdi
Amina bint Wheb street
Jeddah Makkah, Saudi Arabia 23622-0000

Bader Zohdi
Amina bint Wheb street
Jeddah Makkah, Saudi Arabia 23622

Bader Zohdi
Amina bint Wheb street
Jeddah Makkah, Saudi Arabia 23622

Bear Soft, LLC
c/o Cort Wenzel, Manager
84 Pelican Ln.
Redwood City, CA 94065

Berry Global Inc.
Attn: Thomas Salmon, President
101 Oakley St.
Evansville, IN 47710

Betsy Kauffman
1526 Gentle Breeze Ln
Iron Station, NC 28080

Bhavik Barot
9 Tennyson Road
East Windsor, NJ 08520

Bigman 52
5545 San Juan Dr
Toledo, OH 43612

Bill Spinelli
3 Erin Sue Dr
Wappingers Falls, NY 12590

Boulevard & Co.
830 Wesley Avenue
Oak Park, IL 60304

Brad Bertagnole
2223 E Logan Avenue
SLC, UT 84108

Brad Heringer
4413 Augusta Way
Perry Hall, MD 21128

Brandi Davidson
2534 Anderson Rd S
Catawba, SC 29704

Brandon Bonaventura
302 E Jefferson St
Westville, IN 46391

Brandon Richards
500 Lincoln Dr
Bay City, MI 48706

Branson Bowler
1238 Glenhurst Dr
Lodi, CA 95240

BraunHagey & Borden, LLP
Attn: Daniel J. Harris
351 California St., 10th Floor
Daly City, CA 94014

Brian S
1136 Vandalia Ave
Bremerton, WA 98310

Brianna Harris
1912 Hunter Hill Rd
Rocky Mount, NC 27804

Bror & Tor Invest AB
KIVRA: 559346-6518
Stockholm, Germany 10631

Bruce Rhomberg
131 E Olive Ave
Gilbert, AZ 85234

Bryan Graham
13916 Cortes de Pallas Dr
Little Elm, TX 75068

Bryan Jones
4860 Van Noord Ave, Apt 2
Sherman Oaks, CA 91423

Bryan Stokes II
2024 S Wabash Ave, Apt 404
Chicago, IL 60616

Bryan Swetmon
2755 Aldrich Dr
Cumming, GA 30040

Bryan Yanginski
240 Arline Ave
Deptford, NJ 08096

Burt Culver
3923 Roderick Rd
Los Angeles, CA 90065

Cadwallader Benson
2722 Franklin Avenue East
Seattle, WA 98102

Carl's Donuts
Attn: Bankruptcy Dept/Managing Age
3170 Sunset Rd. Ste. F
Las Vegas, NV 89120

Carole F Carlson
2521 CANTER WAY
CARSON CITY, NV 89706

Carolyn D
7814 Raynor Ave
Franksville, WI 53126

Carter Revocable Living Trust
Attn: James & Maureen Carter, TTE
P.O. Box 2349
Placerville, CA 95667

Casey Ray
515 Terracina Way
Reno, NV 89521

Catherine Witter
1430 Tanglewood Dr W
hideaway, TX 75771

Catyanna Pfeiffer
550 Central Avenue, Apt 215
ALAMEDA, CA 94501

Chad Maron
111 Minna St
Brooklyn, NY 11218

Chadwick B VanValkenburg
21802 E Nassau Pl
Aurora, CO 80018

Chase McCullough
1360 S Chestnut Grove Rd
Lewisport, KY 42351

Cheri Garcia
2022 Meadfoot Road
Carrollton, TX 75007

Chris Spangler
130 Woodmont Dr
Griffin, GA 30224

Christian Garrett
2424 chetwood circle
Lutherville-Timonium, MD 21093

Christina Milligan
21561 Trail Ridge Drive Suite 625
Escondido, CA 92029

Christine Whitehead
14243 Holly Pond Ct
Orlando, FL 32824

Christopher Eggert
7035 SW Brenne Lane
Portland, OR 97225

Christopher GANNETT
3509 Brookline Ln
Farmers Branch, TX 75234

Christopher Mitchell
211 Lancaster
Georgetown, TX 78628

Christyne LaPlaca
9 Rosemarie Ln
Georgetown, MA 01833

Cindie McEnroe
4163 Scotch Dr
Bridgeton, MO 63044

Clio Knowles
1200 Euclid Ave
Miami Beach, FL 33139

Colin Nichols
1506 Parkview Blvd
Mandeville, LA 70471

Connor Whitehead
1321 E Berks St
Philadelphia, PA 19125

Corona Talton
368 Meridian Street Extension #43
Groton, CT 06340

Cristian Moreno (Cris)
213 1st St NE
Rio Rancho, NM 87124

Cristine Borowski
15248 Community Ave
Port Charlotte, FL 33953

Cynthia L Bowman
540 Jerome Street
Brooklyn, NY 11207

Dan Hamel/Michele Gorruso
22 Victor Pl
Rutland, VT 05701

Dana Dagg
6067 Boxwood Dr
Rockford, IL 61114

Daniel Hardesty
912 W Madison St
Broken Arrow, OK 74012

Daniel Joseph Sutherland
4 Howard rd.
Gloucester, MA 01930

Daniel Matthews
21510 Tyrolite Ave
Parker, CO 80138

Daniel Wieczorek
37528 Newburgh Park Cir
Livonia, MI 48152

Danielle Cheiken
1635 Bush Street, Apt 12
San Francisco, CA 94109

Darla Bowen
1537 E Villa Maria Drive
phoenix, AZ 85022

Daryl B Gallion
3116 Lisbon Lane
Oxnard, CA 93036

David DeLong
4005 57th St E
Palmetto, FL 34221

David Graham
108 Eveningside Dr
Chattanooga, TN 37404

David Kubick
13 Hillside Dr
Townsend, MA 01469

David McCray
200 S Lexington Dr Apt 128
Folsom, CA 95630

David Umoru
104 Spruce street
Newark, NJ 07108

Dawn McGee
28 Brentwood Rd
Woburn, MA 01801

Dawn Nickel
954 Darwin Avenue
Victoria Canada, V8X 1X7

Deb Dahlmann
10813 Campus Heights Ln
Jacksonville, FL 32218

Debbie M. Ernst
5374 Depot Road
Salem, OH 44460

Dimitrios Papadopoulos
650 S Town Center Dr apt 2051
Las Vegas, NV 89144

Donald Dubois Jr
248 Middletown Ave
Wethersfield, CT 06109

Donna Rail
7711 Vienna Ln
Port Richey, FL 34668

Ed Slosky
109 E Front St Ste 302
Traverse City, MI 49684

Eden Reiner
39 Little Nahant Rd
Nahant, MA 01908

Edward Mangino
2367 Newburg Ln
Safety Harbor, FL 34695

Eleanor Thomas
34450 N Gudrun Ave
Ingleside, IL 60041

Eric Becker
9 Ivy Ct Apt B
Fishkill, NY 12524

Eric Gordon
103 NORWICH CT
LA VERGNE, TN 37086-1499

Eric Nagel
Calle Doctor Dou 5 4-1
Barcelona, Barcelona Spain 080

Eric Saxon
521 Barbri Ln
Davie, FL 33325

Eric So
5825 Rainbow Trout Ct.
Las Vegas, NV 89113

Erik Baker
400 S Colorado Blvd Ste 390
Denver, CO 80246

Erin PHIPPS
5439 Meadowlark Dr
Rapid City, SD 57702

Fit Pros On Location LLC

Flora Kupferman
149 Warren Dr
San Francisco, CA 94131

Francesca Colombo
35 Stratford Rd
Harrison, NY 10528

Francisco Gonzales
215 Englewood Drive
Albuquerque, NM 87102

Frederick August Hintermister
4060 Twin Arch Road
Mount Airy, MD 21771

Frederick Jenkins
1740 Mary D Road
Chesterfield, SC 29709

Gage Mitchell
4106 Green Cove St NW
Olympia, WA 98502

Gary DeVries
2204 Ashwood Drive
Aberdeen, SD 57401

Gary Winscott
11 Dirleton Dr
Bella Vista, AR 72715

Gen3 Marketing
Attn: Bankruptcy Dept/Managing Agent
960B Harvest Drive, Suite 210
Blue Bell, PA 19422

Gill Holland
2530 Ransdell Avenue
Louisville, KY 40204

Gracie Kennedy
6319 Shady Brook Ln apt 2114
Dallas, TX 75206

Grant Stiles
7348 N Overhill Ave
Chicago, IL 60634

Gregg Berkeley
2765 NW Circle A Dr
Portland, OR 97229

Hatem Rowaihy
4807, 8520 Al Asemah Dist.
Ad Dir'iyah, Riyadh, Saudi Arabia 13714-

Haydee Clark
6303 Woodstream Ct
Dallas, TX 75240

Henry Leon
2677 E Mabel Ln
Ontario, CA 91762

HM Mtn
2462 S Polaris Way
Flagstaff, AZ 86001

Holly Knott
1237 Wyndham Ct, Unit 201
Palatine, IL 60074

Iliana Mansur
1530 S State St, Unit 17Q
Chicago, IL 60605

Imildi Design LLC

J A
6244 Hungry Horse Lane
Colorado Springs, CO 80925

Jack Vargas
13924 Southwest Walnut Creek Way
Tigard, OR 97223

Jack Vernon Weers
2651 S 8th AVE
Yuma, AZ 85364

Jackie Glessner
6638 Springford Terrace
Harrisburg, PA 17111

Jake Harvey
157 Peters Ln
Rockfall, CT 06481

James Erwin
10117 Lavender Flower Ct
Manassas, VA 20110

James Jackson
17878 Preston Road 302
Dallas, TX 75252

James LaBree
803 Elm Ave
Tillamook, OR 97141

James Turner
63 church rd
telford, PA 18969

Jamie Levy
2425 32nd St
Santa Monica, CA 90405

Jamie Skinner
3360 Green River Dr
Reno, NV 89503

Jarred Dunn
288 Manning Ave
River Edge, NJ 07661-1324

Jasmine Welch
15038 119th Way SE
Yelm, WA 98597

Jason Drummond
1238 linfield lane
Hayward, CA 94545

Jason Lynch
4212 W Indian Trail Rd
Spokane, WA 99208

Jason S.
3217 37TH ST APT 12
ASTORIA, NY 11103-4007

Jatana Sommer
2801 Calloway Rd Apt 501
Tyler, TX 75707

Javon Talton
368 Meridian St Ext
Groton, CT 06340

Jay Dan Gumm
141 Trail Dr
Waxahachie, TX 75165

Jeff Sugimura
7607 Corrinne Pl
San Ramon, CA 94583

Jenn Rathbone
61374 Rock Bluff Ln
Bend, OR 97702

Jenna Schrecengost
411 Upper Cherry Run Road
Rural Valley, PA 16249

Jennifer Lacov
2072 N Glencoe St
Denver, CO 80207

Jennifer Stout
2419 Alpine Meadows Avenue
Henderson, NV 89074

Jeremy Brick
7300 Monticello Ave
Skokie, IL 60076

Jeremy Rogers
210 Zeblin Rd NE
Atlanta, GA 30342

Jerrin Wagner
19 Red Orchard St
McClure, PA 17841

Jerry Mick
133 Sauls Rd
Bluefield, WV 24701

Jessi Freitag
9425 SW 74th Ave
Tigard, OR 97223

Jessica Cook
Friedenstrasse 34a
, Munich Germany   816

Jessyca Clawson
U.S. Hwy 190
Rogers, TX 76569

Jill S Krumper
9340 E Redfield Road #1008
Scottsdale, AZ 85260-3778

John Huang

John Keegan
1301 Monroe Ave.
Lewisburg, PA 17837

John Mahvi
5246 Mertola Drive
El dorado hills, CA 95762

John Webster
1232 braehill terrace drive
winston salem, NC 27104

Jon Winam
23 Tanglewood  Lane
North Andover, MA 01845

Jonathan Kent
2929 165 St
Flushing, NY 11358

Jonathan Parra
5635 Cambridge Street
Montclair, CA 91763

Joseph C. Oliver
4423 6th PL NE
Washington, DC 20017

Joseph DeLucchi
3080 25th Avenue
San Francisco, CA 94132

Joseph Milburn
PSC 80 box 17997
APO, AP 96367

Josh Hammerquist
2600 Welborn Ln
Lucas, TX 75002

Josh M Hilliker
1073 Silverton Cir
Lincoln, CA 95648

Joshua Isenberg
1035 beaumont rd
Berwyn, PA 19312

Joshua Johansen
200 Manning Street, Apt 23A
Hudson, MA 01749

Joshua Wesolek
922 Oak St
Saginaw, MI 48602

Jot Content, LLC
Attn: Kacie Jade Goff
208 Santa Rosa St.
Ventura, CA 93001

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Dept/Managing Agent
305 7th Ave. FIT
New York, NY 10001

Judy Beth McCrory
1541 Hideaway West
Hideaway, TX 75771

Julie Garity
717 McKinley St
Plymouth, MI 48170

Justin Christiansen
3779 NW Devoto Ln
Portland, OR 97229

Justin M Sucher
3808 W 32nd st
Minneapolis, MN 55416

K. C. Randel
2104 La Hacienda Dr
Sparks, NV 89434

Kaland White
30 greenview drive
McDonough, GA 30253

Karen Murayama
1206 Hoohoaloha Place
Hilo, HI 96720

Karrye Braxton
4597 Northridge
Los Angeles, CA 90043-2033

Kate Weiler
394 Concord Rd
Sudbury, MA 01776

Katheryn N DiNardi
15800 Lydian Ave
Cleveland, OH 44111

Kathleen Booth
2101 Madison Ct
Champaign, IL 61820-7564

Katie O'Farrell
4118 NE 114th Ave
Portland, OR 97220

Katie Powers
842 Rubis Dr
Sunnyvale, CA 94087

Katlin Armstrong
1402 Jefferson St
Waterloo, IA 50702

Katrina Tobuk
10309 Thuja Cir
Anchorage, AK 99507

Keishyra Dean
6308 Birdcage St
Citrus Heights, CA 95610

Keith Hernandez
6701 NW 21st Terrace
Fort Lauderdale, FL 33309

Keith Kissling
123 W Carrol St
Kenton, OH 43326

Keith Yarbrough
3 Tenby Ct
Timonium, MD 21093

Kelley Polk
3421 Macomb Ave
Sioux City, IA 51106

Kelli Alexander
11 Ridgeline Ln
Elma, WA 98541

Kelly Hickman
819 W 43rd St
Houston, TX 77018

Kelly Nolan
2 Charleston Road
Egg Harbor Township, NJ 08234

Kelsey Dixon
6712 Cleopatra Pl NW
Seattle, WA 98117

Kelsey Morita
109 Jacob Fontaine Ln
Austin, TX 78752

Kelsey Rosenthal
10330 Meadow Ln
San Jose, CA 95127

Kendall Bailey
2014 Summertime Drive
Charlotte, NC 28262

Kenneth Randall
521 Elm St
Kingston, MA 02364

Kimberly Harr
11422 NW Henson Ct
Portland, OR 97229

Kimberly Pepe
2927 SE Cedar Dr
Hillsboro, OR 97123

Kirsten Eddy
373 West Neck Rd
Southampton, NY 11968

LA Staton
1084 Frank Whiteman Boulevard
Naples, FL 34103

Laban Crook
1218 E Marine View Dr
Everett, WA 98201-1932

Lance Kingsley Beck
401 North 4th St 1/2
Watertown, WI 53094

Lanique Demartha
2937 Mullens Dr
Richmond, CA 94806

Larissa Nelson
11552 Poppyglen Ct
Moorpark, CA 93021

Laurie Hupman
111 Amity Way
Boulder Creek, CA 95006

Le Pur Blanc
109 Mason St
Salem, MA 01970

Leslie Hasvold
11565 Eagle Peak Dr
Spanish Springs, NV 89441

Linda Mascari
684 E Charlevoix Ave
Gilbert, AZ 85297

Linda Yach
1421 Allman St
Oakland, CA 94602

Lindsey Rossi
30 John Dyer Way
Doylestown, PA 18902

Lisa Hibson
108 Magnolia Court
Duck, NC 27949

Lisa Oriold
1438 Stephen Way
Southampton, PA 18966

LiveVested, LLC dba Incolo
212 Mizelle Meadow Court
Holly Springs, NC 27540

Liz Gower
1326 20th Ave #303
San Francisco, CA 94122

Lou Swartz
4554 E Coyote Wash Drive
Cave Creek, AZ 85331

Lucas Johnson
1847 Root Crk St W
Meridian, ID 83646

Lynda Dietz
7643 Buffalo Rd
Harborcreek, PA 16421

Lynda Grindstaff
1061 Brock Cir
Folsom, CA 95630

Maggie Dean
6319 Feverfew Trail
Crosby, TX 77532

Magistral Consulting Private Ltd.
Attn: Bankruptcy Dep't/Managing Age
Covo - 981 Mission St.
San Francisco, CA 94103

Makayla Sousa
289 Wintergreen Dr
Brentwood, CA 94513

Makenzie Davies
60360 Horse Butte Rd
Bend, OR 97702

Malik Baker
216 Coleen Dr
Raymore, MO 64083

Mallory VB
12 Fiddlers Elbow Trail
Kinnelon, NJ 07405

Manoj Desai
1705 tollgate drive
Maumee, OH 43537

Manoj Patel
19407 Asher Meadows Dr
Cypress, TX 77433

Maria Hemans
266 DOGWOOD RD
VALLEY STREAM, NY 11580

Marianne Bolin
1415 Columbine Road
Colorado Springs, CO 80907

Marne Dunn
4041 Bothwell Cir
El Dorado Hills, CA 95762

Marti White
30 Katie Ln
Trophy Club, TX 76262

Mary Sawyer
522 Fieldbrook Dr
Montgomery, AL 36117

Masaharu Shinya
2-5-1-5104 Toyosu ,
Koto-ku, Tokyo Japan 135-0061

Matt D
37 Main Street Apt 6
East Greenwich, RI 02818

Matt Wallington
WEST LINN, OR 97068

Matthew Grant
8 Corey St
Medford, MA 02155

Matthew Powers
600 W Grove Parkway 1011
tempe, AZ 85283

Matthew Rushing
1280 Montgomery Blvd
Allen, TX 75013

Max Kanin
427 North Canon Drive, Suite 214
Beverly Hills, CA 90210

Mazen Bajahzar
Ash Shulah, Infront Of Ths Lhe Radar
Dammam, Saudi Arabia 11421

Meg Enos
2 Lynn Dr
Merrimack, NH 03054

Melinda Studinka
PO Box 335
Van, TX 75790

Melissa JACKSON
8745 Granite Lane
Woodbury, MN 55129

Merc at Wefunder
1320 Lombard Street, Unit 503
San Francisco, CA 94109

Michael Affronte Jr
108 Meadow Stream Dr
Mount Holly, NC 28120

Michael Alama
206 E Burd St
Shippensburg, PA 17257

Michael Lambrinides
5229 NW 5th Ave
Miami, FL 33127

Michael Phillips
2100 Conejo Dr
Lincoln, CA 95648

Micheal Howell
20004 98th Ave E
Graham, WA 98338

Michelle L Mitchell    Spencer
5909 6th Ave S
St. Petersburg, FL 33707

Michelle Morrison
4691 Crossings Trail
Lorain, OH 44053

Michelle Smith
4900 NE 229th St
Ridgefield, WA 98642

Mick Hall
pobox 261
Colo, IA 05056

Mike Hoover
206 N Allen Ave
Farmington, NM 87401

Miriam Dorsett
1003 NW 46th st
Miami, FL 33127

Miriam Nemeth
1201 O St NW #1a
Washington, DC 20005

Mj Gottlieb
5400 Broken Sound Blvd NW
Boca Raton, FL 33487

Monique McCroey
2937 Mullens Drive
Richmond, CA 94806

Morgan Mulloy
AUDUBON, NJ 08106

Myshawne Stallings
875 Viviana Dr
Oxnard, CA 93030

N C
8 Season's Ct
Williamsburg, VA 23188

Nancy B
1700 Tiffany Bay Court, 104
Raleigh, NC 27609

Nancy Blacker
1700 Tiffany Bay Ct unit 104
Raleigh, NC 27609

Nathan Larison
215 Winham Street
Salinas, CA 93901

Nathaniel Smith
3865 St Louis Rock Rd
Villa Ridge, MO 63089

Neryk Davydov
400 NE 12th ave #402
Hallandale, FL 33009

Nicholas Rancilio
19250 Connecticut St
Roseville, MI 48066

Nick Thornton
5606 McKoy Tr
Douglasville, GA 30135

Nickki Mauceri
176 Fifty Acre Rd S
Smithtown, NY 11787

Nicole Cantu
1030 Lyon Ave
Sanger, CA 93657

Nina Chi

Noelle Baranowski
5466 Oxford Dr
Greendale, WI 53129

Okari Piatanesi
306 North Francis Street
Cedar Falls, IA 50613

Omer Adams
1416 Lakeshore Dr
Hideaway, TX 75771

Pamela Blair Martin
127 Tralee Dr
Smithfield, NC 27577

Pamela Harris
3640 Marigold Court
Toano, VA 23168

Pantano Media & Marketing LLC
Attn: Bankruptcy Dept/Managing Agent
34 Gettysburg Way
Lincoln Park, NJ 07035

Patrick Curtis
1551 Jones Avenue
North Vancouver Canada, V7M3L9

Phillip Priester
350 Georgia Avenue
Elyria, OH 44035

Prime Access Capital, LLC
c/o Andrew Dean Hansen, Reg. Agent
233 Post St., 6th Floor
San Francisco, CA 94108

Purushotham Lingaiah
110 1ST STREET, APT 26N
Jersey City, NJ 07302

Rachel Baldwin
1132 Hampton Dr
Central Point, OR 97502

Rachel Engstrom
2434 Winnetka Ave
Minneapolis, MN 55427

Rachel Weng
507 N 4th St
Keokuk, IA 52632

Rajeev Paliwal
605 1st St
Kirkland, WA 98033

Ray & Amy Smith
844 E Liberty Ln
Gilbert, AZ 85296

Richard Midgett
6116 overlake dr
Ft Worth, TX 76135

Richard Stern
4522 Allaboard Dr
Middleburg, FL 32068

Rick Richman
556 Ramsell St
San Francisco, CA 94132

Riley Knapp
1003 Macomber Drive
Urbana, IL 61801

Robert Ashford
621A Dupont Street
Philadelphia, PA 19128

Robert Grossman
5550 Timeless View
Colorado Springs, CO 80915

Robert Montana
43 Vaine St
Winchendon, MA 01475

Robin Parrish-Green
9360 N. Blackstone Ave. Space 132
Fresno, CA 93720

Robin Phifer
30 Woodberry Lane
Michigan, MI 48843

Ronald Kahn
816 Prowshead Ln
Foster City, CA 94404

Roxanne Forsyth
13961 Grant Dr.
Plymouth, MI 48170

Ryan Dereska
28 Aaron St
Berea, OH 44017

Ryan Soucy
175 Mountain St
Willimantic, CT 06226

S? ndor M? ndoki
417 Cortland Ave
San Francisco, CA 94110

Saleem AlSuliman
Abi Almudhafae
Riyadh, Central Saudi Arabia

Sam Lacet-Brown
4004 Chestnut Dr W
University Place, WA 98466

Samantha Foster
4217 N Eyrie Way
Boise, ID 83703

Sarah Fennell

Sarah Narag
Marsa 2 B, Apartment 508, Al Mouj
Muscat, OMAN   137

Sarah Peka
476 Enterprise Blvd unit 114
Bozeman, MT 59718

Sarah York
5955 Beaudry Dr
Houston, TX 77035

Scott Leibold
68 rising hill road
Pomona, CA 91766

Sean Klimson
15401 Laramie Ave
Oak Forest, IL 60452

Sean Miller
206 Lark Ct
Avondale, PA 19311

Shannon Reilly
165 El Camino Real
Berkeley, CA 94705

Shantia Horsford
155 Bosun Avenue
Manahawkin, NJ 08050

Sharf Ventures LLC

Sheril Escartin
10701 Kilbourn Ave
Oak Lawn, IL 60453

Shopify Gift Card Holders
Attn: Bankrutpcy Dept/Managing Agent
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify Inc./Shopify Capital Inc.
Attn: Bankruptcy Dept/Managing Agent
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify Sales Tax
Attn: Bankruptcy Dept/Managing Age
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shweta Malik
2835 SE 48th
Hillsboro, OR 97123

Simon Pedersen
10009 Fair Ln
Union, IL 60180

Somya Rathi
3830 W Campbell Ave
Campbell, CA 95008

Stacey Kelley
26424 SE 162nd Pl
Issaquah, WA 98027

Stacey McCarthy
343 Rockaway St
Islip Terrace, NY 11752

State of Nevada Dept. of Taxation
Attn: Bankruptcy Dept / Managing A
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

Stephanie Houle
PO BOX  307
ALBION, WA 99102

Stephen Roush

Steven Meyerson
660 W Mulberry Ct
Bayside, WI 53217

Stuart Forbes
211 Crosswind Drive
Waxahachie, TX 75167

Suzanne Nelson
18 Brigantine Circle
Plymouth, MA 02360

T. A.
9 Holton Rd
Lexington, MA 02421

Tamar Matzkevich Garrett
3017 Lennon Drive
Roseville, CA 95661

Tamara Carlton
18842 Sutwik Circle
Eagle River, AK 99577

Tammy Krogstad
3101 12th St N
St. Cloud, MN 56303

Tara Zoe
33651 Via De Agua
San Juan Capistrano, CA 92675

Teresa Mikelonis
38 Smalling Ct
Belleville, IL 62223

Teresa White
6705 S Langston Rd
Seattle, WA 98178

The James E. & Maureen Carter Revocable
P O Box 2349 (mail)
Placerville, CA 95667

The Key PR
2280 Goodpast Attn: Bankruptcy Dept/Managing Agent
1939 Market St., #150
San Francisco, CA 94103

Theodore Szymanski
331 6th Street
Menasha, WI 54952

Theron Harmon
571 E 1000 N St
Lehi, UT 84043

Thomas Duffy
35 Voyage Dr
Glenmont, NY 12077

Thomas Kenaya
7315 Coldspring Lane
West Bloomfield, MI 48322

Thomas Mills
840 Handsworth Lane Apt #105
Raleigh, NC 27607

Tiersa Jergesen
11310 SW Viewmount Ct
Tigard, OR 97223

Tim Hoffman
3148 Park North Drive
Jenison, MI 49428

Todd Christ
460 N Lexington Drive
Folsom, CA 95630

Tony Abila
1714 21st Street
Sacramento, CA 95811

Tonya Bowes
1239 E Krista Way
Tempe, AZ 85284

Tori Dunlap
13713 35th Ave NE
Seattle, WA 98125

Tracy Finley
100 S Davies Rd Trlr 17
Lake Stevens, WA 98258

Travis Cantwell
5228 Norris Dr
The Colony, TX 75056

Travis Foshag
6425 Linda Vista Blvd
Missoula, MT 59803

Travis Miller
1008 Honest Pleasure Dr
Naperville, IL 60540

Trianna Lutchman
Alyce Glen Gdns, Petit Valley
Diego Martin Regional Corp., Trinidad

Trigger Digital

Trish Anderson
1798 Oak Ridge St
Hideaway, TX 75771

Twelve1 LLC

Tyre Scott
1176 Ocean Ave 2B
Brooklyn, NY 11230

U.S. Small Business Administration
SBA Disater Loan Service Center
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Usher Morgan
1 Columbus Place
New York, NY 10019

Valerie Sherpa
1445 Oldenburg Dr
Mount Pleasant, SC 29429

Victor Whitacre
1540 Highway 1088
Mandeville, LA 70448-6211

Victoria Robinson
22 Charter Oak Sq
Mansfield Center, CT 06250

Vincent W White
30 Katie Lane
Trophy Club, TX 76262

Vivek Sharma
67 Images Cir
Milpitas, CA 95035

Walmart, Inc.
Walmart Services-Legal Department
702 S.W. 8th Street
Bentonville, AR 72716-0185

Wan Chi
165 Shipley St.
San Francisco, CA 94107

WeFunder, Inc.
Attn: Bankruptcy Dept/Managing Agent
52 Homestead St.
San Francisco, CA 94114

Wendy Jaroslawski
8790 Jakes Pl
Las Vegas, NV 89143

William Holmes
5118 Worley Dr
The Colony, TX 75056

William Johnson, IV
4400 South Jones Blvd Unit 1058
Las Vegas, NV 89103

Willie Hunn
502 Tilden
Cotulla, TX 78014

Yasser Rasheed
343 SW Mitchum Terrace
Beaverton, OR 97006

Yureve Govind
3500 Beau Rd
Kissimmee, FL 34746

Zachary Felker
4517 East Scott Avenue
Gilbert, AZ 85234

Zachary Stringer
11450 N 74th Dr
Peoria, AZ 85345

AXIS Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
111 S. Wacker Dr., Suite 3500
Chicago, IL 60606

CAL Insurance and Associates Inc.
Attn: Managing Member
2311 Taraval Street
San Francisco, CA 94116

Campione d'Italia Foods, LLC
Attn: President/Manager
1151 Grier Dr., Suite M
Las Vegas, NV 89119

Chase Bank
Attn: Bankruptcy Dept/Managing Agent
305 7th Ave. FIT
New York, NY 10001

CNA Insurance
Attn: Bankruptcy Dept/Managing Age
P.O. Box 790094
Saint Louis, MO 63179-0094

Continental Casualty Co.
Attn: Bankruptcy Dept/Managing Agent
151 Franklin St.
Chicago, IL 60606

E-Risk Services, LLC
Attn: Bankruptcy Dept.
227 U.S. Hwy 206, Ste. 302
Flanders, NJ 07836-9174

Nationwide Management Liability & S
Attn: Claims Manager
7 World Trade Center, 37th Floor
250 Greenwich Street
New York, NY 10007

Scottsdale Indemnity Company
Attn: Bankruptcy Dept.
One Nationwide Plaza
Columbus, OH 43215

The Hartford Business Service Center
Attn: Bankruptcy Dept/Managing Agent
3600 Wiseman Blvd.
San Antonio, TX 78251

Transportation Insurance Co.
Attn: Managing Member
151 N. Franklin
Chicago, IL 60606

Transportation Insurance Co. (CNA)
Attn: Bankruptcy Dep't
151 N. Franklin St.
Chicago, IL 60606

Dennis B. Phelps Jr. Revocable
Living Trust 6/5/14

Kelsey Moreira
c/o Doughp, Inc.
1810 E. Sahara Ave., Ste. 346
Las Vegas, NV 89104

Avatar Foods, Inc.
c/o Michael Oghigian,
as Registered Agent
1331 S. Boulder Hwy.
Las Vegas, NV 89105

AXIS Insurance
Attn: Bankruptcy Dep't
10000 Avalon Blvd., #200
Alpharetta, GA 30009

Bear Soft, LLC
c/o Registered Agents, Inc.
1846 E. Innovation Park Dr., #100
Oro Valley, AZ 85755

Berry Global, Inc.
c/o Corp. Service Co, as Reg. Agent
112 N. Curry St.
Carson City, NV 89703

Buchalter APC
Atn: Matthew L. Seror
18400 Von Karmen Ave., #800
Irvine, CA 92612-0514

Buchalter APC
Attn: Aaron M. Levine, Esq.
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017-1730

California Dept of Tax and Fee Admin.
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Carl's Donuts, Inc.
c/o DW Services of Nevada, LLC
as Registered Agent
3882 Howard Hughes Pkwy, #800
Las Vegas, NV 89169

Carl's Donuts, Inc.
Attn: Bankruptcy Dep't
6350 Sunset Corproate Dr.
Las Vegas, NV 89120

Carter/Kelly, Inc.
Attn: Maureen Carter, Reg. Agent
171 Middletown Rd.
Placerville, CA 95667

Carter/Kelly, Inc.
Attn:  Maureen Carter
P.O. Box 1477
Placerville, CA 95667

Diana M. Halenz, CPA LLC
19 Bowen Dr.
Key Largo, FL 33037

Doughp II/WeFunder SPV, LLC
c/o Cogency Global Inc.
as Registered Agent
850 New Burton Rd., #201
Dover, DE 19904

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento, CA 95812-2952

Georgia Dept. of Labor
Attn: Bankruptcy/Managing Agent
2756 Atlanta Hwy
Gainesville, GA 30504

Georgia Dept. of Revenue
Attn: Bankruptcy Administrator
1800 Century Blvd. NE
Atlanta, GA 30345

Jackson Lewis, P.C.
Attn: Joseph J. Lynett, Esq.
44 S. Broadway, 14th Fl.
White Plains, NY 10601

Jot Marketing Content, LLC
Attn: Kacie J. Goff
129 S. Santa Cruz St.
Ventura, CA 93001

JPMorgan Chase & Co.
Attn: Bankruptcy Dept/Managing Agent
9900 Katy Fwy, Floor 1
Houston, TX 77055-6207

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Dep't/Managing Agent
1111 Polaris Pkwy.
Columbus, OH 43240

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Dept/Managing Age
P.O. Box 6026, IL1-1145
Chicago, IL 60680-6026

Lipsky Lowe
Attn: Douglas Lipsky, Esq.
410 Lexington Ave., #180
New York, NY 10170

Magistral Consulting Private Ltd.
819, Wave Silver Tower, Sector 18
Noida, Uttar Pradesh, 201301
INDIA

Mizrahi Kroub, LLP
Attn: Willilam Downes, Esq.
225 Broadway, 39th Fl.
New York, NY 10007

Nevada Dept. of Taxation
Attn: Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Nevada Dept. of Taxation
Attn: Commerce Tax Nonremittance
P.O. Box 51133
Los Angeles, CA 90051-5433

NYS Dept of Taxation & Finance
Attn: Bankrutpcy Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Dept. of Taxation & Finance
Attn:  Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227

Oregon Department of Revenue
Attn: Bankruptcy Section
955 Center St. NE
Salem, OR 97301-2555

Oregon Department of Revenue
Attn: Bankruptcy
P.O. Box 14790
Salem, OR 97309-0470

Prime Access Capital, LLC
c/o The Corporation Trust Co.,
as Registered Agent
1209 Orange St.
Wilmington, DE 19801

Taste of Nature, Inc.
c/o Douglas Chu, Reg. Agent
2828 Donald Douglas Loop N
Suite 100
Santa Monica, CA 90405

Texas Comptroller of Public Accts
Attn: Bankruptcy
P.O. Box 149348
Austin, TX 78714-9348

U.S. Small Business Administration
c/o U.S. Attorney's Office - Nevada
501 Las Vegas Blvd. South, #1100
Las Vegas, NV 89101

U.S. Small Business Administration
Attn: Office of the General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Webbank
Attn: Bankruptcy Dept/Managing Age
215 State Bank St., Ste. 1000
Salt Lake City, UT 84111

WeFunder Portal, LLC
c/o CoGency Global, Inc.,
as Registered Agent
850 New Burton Rd., #201
Dover, DE 19904

WeFunder, Inc.
Attn: Bankruptcy Dept/Managing Agent
1 Broadway St., 14th Fl.
Cambridge, MA 02142

WeFunder, Inc.
Attn: Bankruptcy Dept/Managing Age
141B Hampshire St.
San Francisco, CA 94103

WeFunder, Inc.
c/o Erin Haggerty, Registered Agent
1325 J St., Suite 1550
Sacramento, CA 94814

WeFunder, Inc.
c/o Cogency Global, as Reg. Agent
850 New Burton Rd., Suite 201
Dover, DE 19904

Wefunder, Inc.
Attn: Bankruptcy Dept/Managing Age
1885 Mission St.
San Francisco, CA 94115